## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:
NICHOLAS AKINKUOYE
    Debtor

BK. No. 16-24459-JAD

Chapter No. 13

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX5
    Movant
v.
NICHOLAS AKINKUOYE
    and
RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
    Respondents

Hearing Date: 11/28/2018

Hearing Time: 10:00 a.m.

Objection Date: 11/16/2018

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 11th day of January, 2019, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX5** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 319 EAST SWISSVALE AVENUE, PITTSBURGH, PA 15218 N/K/A 319 EAST SWISSVALE AVE, PITTSBURGH, PA 15218-1441(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

FILED
1/14/19 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA