**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-24459-JAD |
| | ) | |
| Nicholas Akinkuoye | ) | |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| Nicholas Akinkuoye | ) | |
|     Movant(s) | ) | Doc. No.: |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Undeliverable Address:

    Debtor Name:    Nicholas Akinkuoye
    Incorrect Address:    319 East Swissvale
                           Pittsburgh, PA 15218

Corrected Address:

    Debtor Name:    Nicholas Akinkuoye
    Correct Address:    2800 Versailles Avenue
                           Pittsburgh, PA 15132

Date: **January 29, 2019**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687 (fax)
areese8897@aol.com